No. A–325 (74–5567). ALERS *v.* MUNICIPALITY OF SAN JUAN. Appeal from C. A. 1st Cir. Application for stay presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

No. 74–5107. WILLIAMS *v.* COMSTOCK, MEN'S COLONY SUPERINTENDENT. Motion for leave to file petition for writ of habeas corpus denied.

No. 74–5043. FONTAINE *v.* UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT;
No. 74–5237. MYERS *v.* CARRICO ET AL.; and
No. 74–5239. BEGUN *v.* JUDGES OF THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT. Motions for leave to file petitions for writs of mandamus denied.

No. 73–1894. FLAXMAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 73–1947. JOYCE *v.* UNITED STATES; and
No. 73–1980. WALLACE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 499 F. 2d 9.

No. 73–1983. WILCOX COUNTY BOARD OF EDUCATION ET AL. *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 73–2007. QUICK SHOP MARKETS, INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 8th Cir. Certiorari denied.

No. 73–2030. HEDDEN *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 73–2063. LUE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.